ANTHONY V. SIMONETTI, Respondent, v EDWARD B. PLENGE et al., Appellants. [638 NYS2d 569] —Order unanimously affirmed with costs for reasons stated in decision at Supreme Court, Kehoe, J. (Appeal from Order of Supreme Court, Monroe County, Kehoe, J.—Partnership Accounting.) Present—Lawton, J. P., Fallon, Callahan, Balio and Boehm, JJ.